**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| SAMUEL D. EDWARDS, etal, | ) | | |
| Plaintiffs, | ) | | |
| | ) | Case No. | CIV 04-96-KEW |
| v. | ) | | |
| | ) | Date | 9/23/13 |
| PEPSICO, INC., etal, | ) | | |
| Defendants. | ) | Time: | 1:38 pm - 3:24 pm |
| | ) | | 3:36 pm - 5:03 pm |

**MINUTE SHEET**
**EVIDENTIARY HEARING**
**(Re: Motion for Attorney Fees by Holden & Carr)**

| Kimberly E. West, Judge | N. Horn, Deputy Clerk | K. McWhorter, Court Reporter |
|---|---|---|
| | | Courtroom 3 |

Counsel for Petitioner Holden & Carr:  <u>Michael L. Carr and Steven Holden</u>

Counsel for Respondent Capron & Edwards, P.C.:  <u>Stephen J. Capron and Michael J. Edwards</u>

**MINUTES**:

Parties announce ready to proceed.  Opening statements by counsel for both parties.  Petitioner's evidence.  ENTERING ORDER: Evidentiary Hearing to continue on 9/24/13 at 9:00 a.m. (KEW) Court adjourned.