## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| SAMUEL D. EDWARDS, etal, | ) | | |
| Plaintiffs, | ) | | |
| | ) | | |
| v. | ) | Case No. | CIV 04-96-KEW |
| | ) | | |
| PEPSICO, INC., etal, | ) | Date | 9/24/13 |
| Defendants. | ) | Time: | 10:10 a.m. - 10:13 a.m. |

## MINUTE SHEET
## EVIDENTIARY HEARING
### (Re: Motion for Attorney Fees by Holden & Carr)

Kimberly E. West, Judge        N. Horn, Deputy Clerk        K. McWhorter, Court Reporter
                                                            Courtroom 3


Counsel for Petitioner Holden & Carr:  Michael L. Carr and Steven Holden

Counsel for Respondent Capron & Edwards, P.C.:  Stephen J. Capron and Michael J. Edwards


**MINUTES**:

     Respondent advised the Court that the parties have reached a resolution in this matter and reduced it to writing.  Additionally, the parties are in complete agreement and feel there is no need to put on further evidence as to the Motion for Attorney Fees.
     ENTERING ORDER: Striking said cause. Written order to follow. (KEW)

CR-01c (2/06)